In the Matter of the Claims of MARGARET LEVY, Respondent, against WORLD-TELEGRAM CORPORATION et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Submitted January 8, 1941; decided January 23, 1941.

534

*Albert P. Thill* and *John P. Smith* for appellants.

*James Harte Levenson* for claimant, respondent.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs. As matter of law the conclusion of the Appellate Division was correct. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.